SMITH, Respondent, v. KIRKWOOD, Appellant. (Supreme Court, Appellate Division, First Department. December 28, 1906.) Action by Harry M. Smith against Thomas Kirkwood. H. S. Sayers, for appellant. C. D. Brower, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SMITH v. PERSCH. (Supreme Court. Appellate Division, First Department. November 5, 1906.) Action by J. Granville Smith against John P. Persch. No opinion. Order affirmed, without costs.

SMOLL v. ERIE R. CO. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Adele Smoll against the Erie Railroad Company. No opinion. Judgment affirmed, with costs.

SNYDER v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Mary Snyder against the city of New York. No opinion. Judgment and order affirmed, with costs.

SOLOMON et al., Respondents, v. MACHTA et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Isidore Solomon and Philip Kolman against Barnet Machta, Hyman Weinstein, and Wolf Sigel, sued as "Jacob," Sigel (fictitious). No opinion. Reargument ordered, and case set down for Tuesday, January 15, 1907.

SOPER, Appellant, v. BUTLER, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 28, 1906.) Action by Harry G. Soper against Edward H. Butler. No opinion. Motion to amend order denied, with $10 costs.

SPITZ, Respondent, v. HEINZE et al., Appellants. (Supreme Court, Appellate Division, First Department. November 16, 1906.) Action by Theodore P. Spitz against Otto C. Heinze and others. D. P. Hays, for appellants. J. M. Bowers, for respondent. No opinion. Motion for leave to go to the Court of Appeals denied. Order filed.

SPOOR, Respondent, v. SPOOR, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1906.) Action by Blanche Spoor against Theresa Spoor.

PER CURIAM. Judgment modified by deducting $10 therefrom, and, as modified, affirmed, without costs to either party.

PARKER, P. J., not sitting.

SPRY, Appellant, v. McCAFFREY WATER MOTOR & POWER CO., Respondent (two cases). (Supreme Court, Appellate Division, Third Department. November 14. 1906.) Actions by Thomas W. Spry against the McCaffrey Water Motor & Power Company. No opinion. Orders affirmed, with $10 costs and disbursements.

STACH, Respondent, v. WILLS, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1906.) Action by Frederick Stach against Charles T. Wills. No opinion. Judgment and order unanimously affirmed, with costs.

STANDARD PAINT CO., Respondent, v. BRIGHTON BEACH DEVELOPMENT CO., Appellant. (Supreme Court. Appellate Division, First Department. December 28, 1906.) Action by the Standard Paint Company against the Brighton Beach Development Company. J. W. McElhinney, for appellant. N. D. Stern, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STAPLETON, Respondent, v. M. J. SAGE CO., Appellant. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Tobias W. Stapleton against the M. J. Sage Company. From a judgment in favor of plaintiff, defendant appeals. Reversed, and new trial ordered. William H. Newman, for appellant. S. C. Sugarman, for respondent.

PER CURIAM. There was no evidence that at the time of the commencement of the action Christian had earned any sum of money as salary from defendant. There was no evidence of notice to the defendant of the assignment. Judgment reversed, and new trial ordered, with costs to appellant to abide the event.

GILDERSLEEVE and DUGRO, JJ., concur. DOWLING, J., concurs in result.

STEINBICKER, Appellant, v. CITY OF SYRACUSE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 17, 1906.) Action by August Steinbicker against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

STERN, Respondent, v. BRANDT, Appellant. (Supreme Court, Appellate Division, First Department. October 19, 1906.) Action by Sigsmund Stern against Minnie Brandt, impleaded. H. L. Moses, for appellant. L. Kauffman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STEVENS v. CHAMPNEY. (Supreme Court, Appellate Division, First Department. November 5, 1906.) Action by Lamont A. Stevens against Henry T. Champney. No opinion. Judgment and order affirmed, with costs.

STEVENS, Appellant v. McADOO et al., Respondents. (Supreme Court, Appellate Division, First Department. December 14, 1906.)